Case is Will Luck Company versus the United States 17-1860 This should go right here Careful no interview So Gather time with mr.. Givens correct is that correct is mr.. Givens given the the Is he given the rebuttal arguments, yes, he's only doing the remember Okay, so you're you're going for ten, and then mister. Givens is going to rebut for five. Yes, sir Okay, all right you make a sheet, okay a good morning your honors, and I'm a please report This case is about the common commercial meaning of sunflower seeds and an unambiguous Unlimited you and not provision for sunflower seeds which? Which provides for sunflower seeds without qualifying language? according to dictionaries industry sources and Encyclopedias the common commercial meaning of the tariff term sunflower seeds includes Willux sunflower seeds the trial court committed reversible error by disregarding the common commercial meaning of the tariff term cut crowds to flower seeds and Limiting the scope of an unlimited you and not provision to exclude Willux snacking seeds This court's reversed the trial court's decision that Willux snacking sunflower seeds are not classifiable as sunflower seeds Alex just got three main points today So your argument is that because 206 Starts off by saying sunflower seeds, but the inquiry ends there Yes, your honor heading 1206 simply provides for sunflower seeds whether or not broken when we do an eonomic Analysis we look to the common commercial meaning of the term which we did here Well the what the what the court did is looked at the common commercial meaning of the term As to the product that's been imported, so what's being imported are not just sunflower seeds, but coconut flavored sunflower seeds spice flavored Sunflower seeds, so there's something different there Would you say with with what the imported product actually is other than just sunflower seeds yes, your honor? they They're different this into processed. They're made for snacking and and use You can't grow them for example No, or you cannot extract them for oil it in the blue brief at 28 You have a chart that Represents the industry distinction between confectionery type and oil seed type. Yes, sunflower seeds. Where's that in the record? It's a it's a coming from a variety of sources So the the industry Consider the chart itself is not the charge of no I constructed that from the variety of sources in the record I can point you to the sources, so it was a court wrong when the court looked at the imported product and said coconut flavored sunflower seeds or spiced sunflower seeds Or should I the court just looked at this and said the imported product here is sunflower seeds No, I the court looked at the product as it's imported However what the court erred on was limiting the the common commercial meaning of sunflower seeds to only those But the court didn't err in looking at commercial dictionaries and Undertaking a review as to the common commercial meaning of the term sunflower seeds, right? Right that the trial court found that the common commercial meaning of sunflower seeds includes snacking seeds includes what snacking seeds  The Trial court did err though in limiting that common commercial meaning to those sunflower seeds suitable for only extraction or sowing which are our seeds or not That limitation does not exist in the tariff language But if we look at the product as processed sunflower seeds, why isn't 2008 more specific to that because it talks about processed nuts and seeds Yes, your honor, just general sunflower seeds. The difference between heading 2008 and 1206 is Heading 2008 is a not elsewhere or specified basket provision We contend that heading 1206 does specify and include snacking seeds because of the common commercial meaning So yes at some point you would you would agree that that the imported product here Plausibly falls under one or two different classifications Absolutely. Yes, so there's two classifications that are at odds with each other Yes Well, don't the rules of general interpretation say that when you have that type of situation that the proper classification is as judge Hugh suggested the classification that more specifically describes that more narrowly describes the product Yes, your honor GRF he does say that We contend that the rule of relative specificity favors heading 2006 because there is no limitation in the tariff language and Is is is? Is your product not classifiable under 2008? It is. Okay, so you have Subject merchandise in which you have a prima fashion classification under both. Yes, your honor. So GRI 2A or 2B I don't follow your honor If we have one where You you have it classifiable under both this GRI 2A apply or 2B. I think that's the incomplete Rule of interpretation. I thought it was under GR 3 roots. Right? Oh, so they don't right, right. Exactly. I'm sorry. Yes Okay, so then we go to To GRI 3, right? Yes, okay If because neither is more or less specific Well, the heading 2006 is more specific because is the only eonomic provision for sunflower seeds in the tariff schedule And it's limited to a narrow range of products only sunflower seeds Okay is let me let okay. So is is 2000s, I'm sorry is six More or less specific than eight I'm trying to march you down a path Six is more specific than eight. Okay If they're equally specific Take me with this hypothetical. Okay. Do we go to Three three C at which point 2008 applies Possibly I I don't recall it on my head what the three C says. I'll judge your honor. Okay Why do you say that 206 is more specific 206 says sunflower seed so it generally captures I granted that the the the basic product the commodity here a sunflower seed but then when you look at 208 and you you've acknowledged that These are these are these are two headings in which the product could be classified and they're at odds with each other And that justifies me now to Depart from them in NAMI Rule and take a look at 208 And there it says fruit nuts and other Edible parts of a plant. Well, it's so far seed is an edible part of a plant then it goes on and says otherwise prepare to preserve whether or not containing added sugar or or sweetening matter or spirit and Here these seeds do contain flavoring they contain a coconut flavoring that contains Spices and so it seems to me this is getting a lot more specific than what I have under 206 Especially if I take it down a little bit further where it speaks about seeds Yes, your honor, but the end of that term Term heading also says not elsewhere specified or included which again goes back to the 1206 We can thus contend that the common commercial meaning wholly encompasses snacking seeds, which is why it's 1206 We also make a reference to heading 1202, which is the peanut provision which Specifically excludes roasted or otherwise cooked peanuts There is the provision for soybeans and processed soybeans There is no other UN NAMI provision for processed sunflower seeds. So there's a degree of processing have a play here Sure, yes And does it matter whether a seed is is through its processing rendered suitable to a particular purpose? That's what you don't general explanatory notes to chapter 12 say we contend that they're Chocolate air by relying on those explanatory notes to limit tariff meaning of sunflower seeds, okay Oh Well, I just want to reiterate my point that a heading 1206 is unlimited and unambiguous economic provision Includes all forms of the article If Congress had intended to limit Heading 1206 like they didn't think 1202 They would have done so and would It did not That I more questions your honors to the rest of my time Okay. Thank you very much You're mr. Vendor weed did I pronounce that correctly? That's correct. Well, there's a Dutch pronunciation, but that's much more You want to try the Dutch? Including the dead. Well, yeah Please the court your honors This court should affirm the trial court's decision that the merchandise is properly classifiable and heading 2008 and not 1206 because 2008 is the only provision that wholly describes and encompasses well-mixed merchandise as a prepared snack Food product of an edible part of a plant, but if we take 1206 is covering all sunflower seeds Doesn't it fall within that it? Normally an AO nominee provision covers all forms of an article but this court has long held that contrary legislative intent can remove an article from an otherwise AO nominee provision and Here we see that contrary legislative under what conditions. Can we do that or what? Under circumstances if go back go all the way back to because you do agree with with with your opponent That when we start out with an AO nominee Classification and in this case sunflower seeds then the general Path of interpretation It's to stop there. But there can be exceptions to There's either limiting language for an AO nominee provision granted There's not here just some sunflower seeds whether or not broken or there could be an adverse judicial Decision in administrative practice in adverse commercial designation. We haven't cited those. We don't have those but we do have an advert We do have contrary legislative intent here and that legislative intent is manifest in a in multiple ways one way is the structure of the tariff itself that Congress enacted whereas Less processed goods are in earlier chapters and as the goods become more and more practice What makes the tariff schedules unique and the tariff schedules are a statute Yes, what makes them unique is that Congress has provided within the tariff schedules the rules of interpretation Yes, and you're you're asking us to to abandon those rules of interpretation We're not asking to abandon the rules of interpretation we believe that this merchandise can be classified under GRI 1 and this merchandise is not covered by the by 1206 Because Congress has saw fit that once an edible part of the seed has been processed Let's just say pressed into oil now. It's no longer a seed of chapter 12. Now. It's a good of chapter 15 It's now a new article for tariff purposes. Wait, are you saying processed sunflower seeds are different than sunflower seeds? Yes, because the sunflower seeds and all of the chapter 12 goods. These are these are Raw or minimally processed goods. They could they could be put to a variety of uses you could put them in the ground to seed How do we know that I? 1206 says sunflower seeds whether or not broken But that that provision must be read in conjunction with the rest of the tariff statute, which is two zero zero eight We can't disregard two zero zero eight. It's part of the same You're opposing counsel conceded that At GRI one level that it was equally likely one or the other and then you had to go further So that's your answer. I think that's that's that's a possible path but I still think under GRI one that the trial court we reached the right decision here because when we look at two zero zero eight and 1206 in conjunction with each other if we include all forms of an article and sunflower seeds under chapter 12 then what's the point of having chapter 20 because all processed are all prepared sunflower seeds or Fruits are edible or nuts or legumes They would all go under chapter 8 or chapter 12. Nothing would go up under chapter 20 So Congress saw fit to have chapter 20 to include products such as these which are processed and prepared Edible parts of plants. We can't read out chapter 20 and two zero zero eight There has to be a dividing line there so we need to look at 1206 with two zero zero eight the structure of the tariff and The general EN just corroborates this by their other fine Are there other provisions in in chapter 12 that so generally cover other fruits or nuts that might go under? 2008 without exception like sunflower seeds. Well, there's Because the peanut one that your friend refers to is much different It had it has specifics and it has specific exclusions. It has specific includes the World Customs Organization Said that that language was confusing. Why is that here and not in other provisions? It doesn't say it wasn't precisely drafted and consistent through the rest of the chapter But that's that that is there another provision like the sunflower seed provision which says Sunflower seed is there a provision that says walnuts there or not? There in two zero zero eight, I believe or in chapter 20, I believe there are some AO nominate provisions of worked-up Articles such as soybeans and nuts, you know Peanut butter is in chapter 20 because it's been processed to the point that it's no longer in chapter 12 good here We don't have a specific AO nominate provision in two zero zero eight No, I was really asking the other question is there anything in chapter 12 that so broadly covers a specific type of nut or fruit that is then covered later and Chapter 20 in a process form. Yes, or is sunflower seeds the only one like that? Peanuts all of the provision peanuts doesn't help you because peanuts has got a lot of it, but it's a mandatory language So it's soybeans. There's soybeans as well. What does that say? And so it's soybeans. I believe it just says I don't have the tariff right in front of me, but soybeans is provided under chapter 12 and Again, it's provided under chapter 20 as well as processed as worked up So there's there's always the case of where there's the unprocessed versions Which are in chapter 8 or 12 depending if it's a fruit or a nut or a legume and then in chapter 20 There's the processed version so there there's a dividing line there and that dividing line is the Processing that a seed or a legume or a nut or a fruit under goes Do you think that the the court followed the correct path here when the court looks and finds 206 it's an AO nominee provision but then in order to establish a commercial meaning of the imported product because the court has to look at the Or in customs has to actually look at what's being imported here Absolutely, and it's clear on the on the face of the of the imported product that the bags of the imported product Say coconut flavored sunflower seeds So is it is it would it be correct then to go? Oh, these are just sunflower seeds where there's another provision that refers Potentially refers to processed seeds for the process Yeah, I think there's there's been no uniform commercial designation of sunflower seeds That's been established here because there's multiple Potential multiple industries of sunflower seeds there's for sowing purposes What we may colloquially call sunflower seeds if we go into a store and buy them off the rack and chew them and call them Sunflower seeds, but that doesn't make those seeds Seeds sunflower seeds for purpose for tariff purposes of 1206. There's no uniform. Let me take you away from from the CITs And and I'll take you along the same lines I took opposing counsel sure and that is If Due to a or if we go past one did to a or to be applied. No, okay, so that if they don't Is Is 1206 more or less specific than to then than 2008 2008 is more specific than 1206 and I could provide your honor reasons for that, but if they're if they're equally specific doesn't 2008 apply pursuant to 3 C. We get to 3 C. Then it's the last Higher than tariff. I'm walking you through my draft. You know, so 2008 is clearly higher than 1206 Yes, but but I believe we went on gri1 if we get to gri3 I believe we went as well because under one it's you can't have a product that's prima facie Classifiable is both the raw materials themselves and then a wholly new manufactured product that sure may include the raw materials But include has undergone a process has added ingredients that now But if it's equally arguable, then you have to go down through March through and if we march through and we get to three we Get to three a two zero zero eight is a much more specific Provision the standard that this court has articulated is Look at the provision with the requirements they're more difficult to satisfy and describe the article with the greatest degree of accuracy and it's much more difficult to satisfy two zero zero eight because it includes a process that an edible part of a plant and they're They're cooked to the point where you can't use them for this You can't do anything else with them other than eat them You can't put them in the ground And all of the chapter 12 goods are those goods that have that fungible nature that can be rendered Put to any use it doesn't matter what use they're put up for but they could be put to any use they couldn't be put to eating oil sure livestock meal, whatever you could you can take the Earlier chapter sunflower seeds put them in the oven put salt on them and you have Roasted sunflowers. That's right. And they're cooked to the point where it's just you can't use them for germination sewing or anything else So at that point now we have a new article for tariff purposes and that new article is specifically provided in two zero zero eight Are there any other questions that your honors would like me to address? No. Thank you. Your honors. Thank you Mr. Givens you have five minutes Your honors If sunflower seeds have been eaten in the United States for some 3,000 years the USDA Our appendix has it says that and talks about this year's sunflower season. So what we're trying to figure out here today is why I'm an ambiguous Unlimited term called sunflower seeds does not include some nice sunflower seeds that have been eaten in the United States For 3,000 years, maybe the commercial it's because a commercial meaning of the imported product. It's not just sunflower seed It's coconut flavored sunflower seed. Let's look at the judge's rationale the judge looked at Dictionary definitions. She says definitions But only cited one dictionary and looked up she parsed the tariff term Which is sunflower seeds and looked up sunflower and looked up seeds and sunflowers that what she found It's pretty bad. Same question. Same question I asked everybody and that is if we think they're equally likely We have to march through the HDS US and doesn't that take us to 3a No, sir because this says She looked up sunflower and she looked up seed and when she looked up seed she saw that it's for sowing and she looked over at the Encyclopedic encyclopedia Other industry sources including the USDA that we cited and she said well the Plaintiff in that case said that his rationale is that Sunflower seeds are both for general use that's sowing and oil extraction and whatever else we can think of plus They're for snacking are the items in 2008 sunflower seeds, I'm sorry, you know, am I hearing? Oh, I'm sorry Are the items in 2008 sunflower seeds There is no sunflower seed in 2008. There's no specification that word doesn't appear in 2008 Yeah, it does not appear. It says edible parts of plants. Oh, but sunflower seeds doesn't appear No, but are they sunflower seeds are edible parts of yes They are but that that's a basket provision and these are sunflower seeds. Let me finish the statement She looked at this and she found that our definitions and ones that we provided Contain sunflower seeds of general use that's what she wants in this Argument and they were for Snacking seeds, so we we call snacking seeds confectionery seeds. It's one of the same Then she says from that fact that this is this definition that we propose is Different from hers and she found because hers is for sowing she went to the explanatory notes She couldn't go to the explanatory notes and you can't go to the explanatory notes which confuse things Unless you have ambiguity She found ambiguity in comparing her definition of a parsed part of the term With our definition and then she went over there and she found well, and we got into all this further discussion But the fact is you shouldn't have gone to the explanatory notes because it was no ambiguity She didn't maybe how about the fact that these seeds let's say you have a a pack of Unprocessed raw basic sunflower seeds Then those could conceivably be 1206 for human use in shell But these are not these are coconut flavored and they're for the process That's right, John and most sunflower seeds if you go out down in the store downstairs you buy sunflower seeds they're flavored and Sugar and salt because they're more tasty and people eat them better quicker. She said that the snacking seed is not included in the sunflower seed provision and We've been eating for 3,000 years How did she get there? She went there by going to the explanatory notes and talk about 2008 may take you off in different directions as My colleague said in 1202 you have a whole lot of provisions every one of those except sunflower seeds Has some of the provision where he goes if it's processed So that's our that's our argument. Okay went confuse the issue and she didn't all right. Thank you I think we have that that argument